## Rev. John L. Tilton and William D. Williams, Appellants, v. Joseph W. Cambron, Appellee.

Court of Appeals of Kentucky.

May 3, 1946.

Charles E. Lester, Jr. and Jesse K. Lewis for appellants.

Woodward, Dawson, Hobson & Fulton, Stubbs & Stubbs, Fennell & Tucker and J. J. Kavanaugh for appellee.

PER CURIAM.

Upon petition for modification and rehearing, the original opinion herein is withdrawn and the judgment of the lower court affirmed on a divided court.

Judges Cammack, Siler and Latimer for affirming.

Judges Sims, Thomas and Rees for reversing.

Judge Dawson not sitting, being disqualified.